HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
LAURA MYERS, IL SBN #6338417
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
FRANCISCO JUAREZ-REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:24-cr-151-KES |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER RE DEFENDANT'S NOTICE OF PROPOSED SUPERVISORS |
| vs. | ) ) | |
| FRANCISCO JUAREZ-REYES, | ) ) | |
| Defendant. | ) ) ) | |
| | ) | |

**O R D E R**

Binh Chen Juarez, Gloria Zulema Juarez, and Francisco Juarez Sierra may serve as adult supervisors of Defendant's contact with his own biological children effective immediately, provided that they promptly begin the chaperone program and that their continued service as adult supervisors will require successful completion of the chaperone program within the required time, as directed by Probation.

IT IS SO ORDERED.

Dated:   April 17, 2026

_____
UNITED STATES DISTRICT JUDGE